**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Rodolfo De la Fuente v. The State of Texas

Appellate case number:   01-19-00717-CR

Trial court case number:  1568846

Trial court:             179th District Court of Harris County

A review of the district court's docket of the underlying case indicates that appellant and his counsel filed a document entitled "Defendant's Withdrawal and Waiver of Right to Appeal" (Document No. 87473221) with the district court on October 4, 2019. Accordingly, the Court orders that the district court clerk file a supplemental clerk's record containing the document within 10 days of this order.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau_____
                                    Acting individually


Date:   __November 26, 2019___